**Order entered April 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00029-CV

**J.A. GREEN DEVELOPMENT CORP., JAGI, INC., AND JAGI VERDE LLC, Appellants**

**V.**

**GRANT THORNTON, LLP, JAMIE B. FOWLER, AND AKIN GUMP STRAUSS HAUER & FELD LLP, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00312**

## ORDER

Before the Court are Kevin M. Dinan and Timothy J. Sullivan, Jr.'s sworn motions to appear *pro hac vice* on behalf of appellee Grant Thornton, LLP. We **GRANT** the motions and **DIRECT** the Clerk of this Court to add Mr. Dinan and Mr. Sullivan as counsel *pro hac vice*.

/s/      CRAIG STODDART
          JUSTICE